UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ALLISON AUTOMOTIVE GROUP, INC., a Nevada Corporation; WAYNE D. ALLISON, an individual; GAIL M. ALLISON, an individual<br><br>Defendants. | Case No.:  3:10-cv-00730-LRH -VPC<br><br>**TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON APPLICATION FOR WRIT OF POSSESSION AND INJUNCTIVE RELIEF**<br><br>[Application for Writ of Possession; Memo of Points & Authorities; Affidavit of Kyle Deutsch; [Proposed] Order Granting Application for Writ of Possession filed concurrently]<br><br>Hearing Date:  TBD<br>Time:  TBD<br>Location:  400 S. Virginia Street<br>           Reno, NV  89501<br><br>Judge:  Honorable Larry R. Hicks<br>Courtroom:  5 |

The *ex parte* Application of Plaintiff, ALLY FINANCIAL INC. ("ALLY")[1], for the issuance of a temporary restraining order came on before the Honorable Larry. R. Hicks, United States District Court Judge for the District of Nevada.

The Court, having reviewed the application of ALLY for temporary restraining order, the supporting declarations and memorandum of points and authorities and the complaint on file in this action, and any opposition filed to the application, finds that ALLY has established that it is entitled to the issuance of a temporary restraining order and has established the probable validity that there is an immediate danger that the vehicles identified on the attached **Exhibit A**, the other personal property described in the attached **Exhibit B** and the proceeds from the sale of any such vehicle or other personal property (collectively the "Collateral"), may become unavailable to levy and may become substantially impaired in value, and

GOOD CAUSE APPEARING, THEREFORE,

IT IS HEREBY ORDERED that:

1.      Defendant ALLISON AUTOMOTIVE, INC. ("Allison Automotive"), received timely and proper notice of this hearing on ALLY's Application for Writ of Possession and Injunctive Relief under the Court's Local Rules.

2.      ALLY has established the probable validity of its security interest in, and claim to possession of, the vehicles identified on the attached **Exhibit A** and all of Allison Automotive's furniture, fixtures, machinery, supplies and other equipment, all motor vehicles, tractors, trailers, implements, service parts and accessories and other inventory of every kind, all accounts, contract rights, chattel paper and general intangibles as described in the attached **Exhibit B**, that Defendant Allison Automotive is in default on its loan obligations owing to ALLY as set forth in the moving papers.

---

[1]      Plaintiff ALLY is the successor in interest by name change to GMAC Inc. also formerly known as GMAC LLC and General Motors Acceptance Corporation ("GMAC"). As the successor in interest to GMAC by name change, ALLY has the right to enforce all agreements that GMAC entered into with third parties, including defendants herein, and to collect all sums due to GMAC thereunder.

1     3.     ALLY has established that the Collateral is located at Allison Automotive's place

2  of business at 9190 S., Reno NV 89511 (collectively, the "Dealership").

3     4.     Allison Automotive may sell or lease the Collateral in the ordinary course of

4  business only as provided in this Order:

5     a.     At the time of any sale or lease of any vehicle, Allison Automotive shall

6  immediately notify ALLY of such sale or lease via email to the following email address:

7  kyle.deutsch@ally.com and by promptly delivering or faxing to ALLY a true copy of the written

8  contract of such retail sale or lease at 972-649-2218.

9     b.     Allison Automotive shall turn over possession to ALLY and ALLY shall

10  maintain physical custody of titles for all vehicles in which ALLY has a lien or security interest,

11  whether or not financed by ALLY.

12     c.     Within the earlier of three business days from delivery to a customer of a

13  vehicle identified on the attached **Exhibit A**, or one business day from Allison Automotive's

14  receipt of any of the sale proceeds for any retail sale or lease of a vehicle, including any vehicle

15  identified on **Exhibit A** that has been sold or leased on or before the date of this Order for which

16  defendant Allison Automotive received proceeds before or after the date of this Order, Allison

17  Automotive shall immediately and forthwith remit to ALLY by electronic funds transfer all

18  amounts received by Allison Automotive up to the amount advanced by ALLY to Allison

19  Automotive to acquire the vehicle (the "Advanced Price").  Any proceeds in excess of the

20  Advanced Price on a particular vehicle may be retained by Allison Automotive to use towards its

21  operating expenses.  ALLY's security interest continues to attach to the proceeds in excess of the

22  Advanced Price to the extent they are not used to cover operating expenses;

23     d.     Within the earlier of three business days from delivery to a customer of a

24  vehicle not identified on the attached **Exhibit A** (the "Non-Floored Vehicles"), or one business

25  day from Allison Automotive's receipt of any of the "cash" proceeds of such sale or lease of a

26  Non-Floored Vehicle, Allison Automotive shall immediately and forthwith remit to ALLY by

27  electronic funds transfer or other immediately available funds received by Allison Automotive in

28

1  the amount of 75% of Allison Automotive net sale price of the Non-Floored Vehicle after

2  payment of taxes, registration, and licensing.

3          e.      Should Allison Automotive receive any vehicle as a "trade-in" for the

4  payment of a vehicle or a Non-Floored Vehicle, Allison Automotive shall notify ALLY within

5  one business day of receiving the trade-in by email to the following email address:

6  kyle.deutsch@ally.com.  Furthermore, Allison Automotive shall promptly pay or satisfy any liens

7  or amounts owing against the trade-in vehicle.  Allison Automotive may subsequently sell the

8  trade-in as a Non-Floored Vehicle in accordance with subparagraphs a, b, c and d above;

9          f.      Trades or transfers of vehicles by Allison Automotive with other dealers

10  ("Dealer Trades") are prohibited without the written consent of ALLY.  Requests for Dealer

11  Trades shall be made via email to the following email address: kyle.deutsch@ally.com;

12          g.      Allison Automotive shall limit the use of Demonstrators to customer test

13  drives.

14          h.      Allison Automotive may sell parts, accessories, or related supplies

15  ("Parts") in the ordinary course of its service department's business but Allison Automotive shall

16  use the proceeds from the cost of the Parts sold to either (1) buy replacement Parts, or (2) pay

17  Allison Automotive's invoice cost on account of part's sales, in the form of cashier's checks or

18  other immediately available funds to ALLY.  While Allison Automotive continues to use parts, it

19  must replenish the parts inventory to adequately protect and maintain ALLY's collateral position.

20  Allison Automotive shall submit to ALLY a written accounting upon its request of the following:

21          (i)      Parts sold the previous week;

22          (ii)      Parts ordered as replacements the previous week; and,

23          (iii)      Payment for any parts not replaced the previous week.

24      5.      Allison Automotive is restrained from removing any of the Collateral in such

25  manner as to make it less available to seizure by levying officer and/or impairing the value of the

26  subject Collateral.

27      6.      Allison Automotive shall permit ALLY and its authorized agents and employees to

28  enter upon Allison Automotive's Dealership sales lot at 9190 S. Virginia St., Reno NV 89511

during business operating hours.  ALLY shall be authorized to hold possession of keys to all

vehicles, to be present while all mail and other package deliveries are opened and to review the

cash receipts journals on a daily basis.  ALLY is authorized to conduct audits and inspections of

the Collateral and Allison Automotive's books and records, including making photocopies

thereof.  Allison Automotive shall deliver copies of all bank statements to ALLY within one hour

of receipt by Allison Automotive of such statements each day.

7.     The Court finds, for the purposes of this Order, that the value of Allison

Automotive's assets is approximately $2,957,433.14, which is less than the principal amounts of

the contractual obligations totaling $4,087,816.33 it owes to ALLY by $1,130,383.19.  Under

Nevada Revised Statute section 31.863, ALLY is not required to file an undertaking.  The

findings in this paragraph in particular, and the findings in this order generally, are subject to

review and reconsideration at the time of the hearing set for the writ of possession and injunctive

relief.

8.     Allison Automotive must, and its officers and employees must cause Allison

Automotive to, comply with all its agreements with ALLY.

9.     Hearing on ALLY's application for writ of possession and injunctive relief is set in

this Courtroom on _____December 9, 2010_____, at _10:00 am_.

Allison Automotive shall file and serve any responsive papers no later than

_____December 6, 2010_____.  ALLY shall file any reply papers no later than

December 8, 2010_____.

10.     In the event that Allison Automotive violates any term or terms of this Temporary

Restraining Order, ALLY may file an ex parte application to enforce the Temporary Restraining

Order in the manner provided by the Local Rules.  The Court may review such ex parte

application prior to the date of the hearing on the writ of possession and injunctive relief and the

Court may enter an order to enforce the terms of this Temporary Restraining Order as reasonably

necessary, including, but not limited to, issuing an immediate order for writ of possession or turn-

over of funds or imposition of sanctions.

11.     This order shall issue immediately.

1    12.    This Order shall remain in effect until modified by further order of this Court, or

2  modified by written agreement signed by plaintiff ALLY and defendants Allison Automotive

3  filed with and approved by order of this Court.

4

5                              IT IS SO ORDERED:

6                              DATED this 30th day of November, 2010,
7                              11:15 am.

8

9

10

11                              _____

12                              LARRY R. HICKS
                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

| BC | Dealer # | VIN | N/U | Year | Model | Note Date | Days Out | Balance |
|----|----------|-----|-----|------|-------|-----------|----------|---------|
| 085 | 0129 | WA1WMAFE7BD 000635 | N | 2011 | Q7 | 10/27/10 | 16.00 | 66,150.03 |
| 085 | 0129 | WA1UAVAFD6BN 000917 | N | 2011 | A6 | 10/20/10 | 62.00 | 86,907.00 |
| 085 | 0129 | WA1CMAFE5BD 001064 | N | 2011 | Q7 | 11/01/10 | 42.00 | 50,251.00 |
| 085 | 0129 | 4A3AB7GT99E 001220 | N | 2009 | GALANT | 10/20/10 | 386.00 | 16,456.76 |
| 085 | 0129 | 4A3AB7GT89E 001564 | N | 2009 | GALANT | 10/20/10 | 386.00 | 18,667.22 |
| 085 | 0129 | WA1CMAFE7BD 003305 | N | 2011 | Q7 | 11/02/10 | 8.00 | 50,390.75 |
| 085 | 0129 | WAUBFAFL6BN 003226 | N | 2011 | A4 | 10/20/10 | 106.00 | 34,774.23 |
| 085 | 0129 | WA1LGAFE3BD 003286 | N | 2011 | Q7 | 11/10/10 | 0.00 | 51,982.25 |
| 085 | 0129 | WUAAU34279N 003292 | U | 2009 | R8 | 09/20/10 | 82.00 | 100,000.00 |
| 085 | 0129 | TRURD38J481 003294 | U | 2008 | TT | 07/22/10 | 111.00 | 31,525.00 |
| 085 | 0129 | TRURD38J8981 003969 | C | 2008 | TT | 07/23/10 | 110.00 | 27,355.00 |
| 085 | 0129 | WA1VMAFE8AD 003378 | N | 2010 | Q7 | 11/01/10 | 261.00 | 63,294.00 |
| 085 | 0129 | WA1LMAFEXBD 003522 | N | 2011 | Q7 | 11/10/10 | 0.00 | 56,310.40 |
| 085 | 0129 | WAULK78K89N 003761 | U | 2009 | A4 | 07/30/10 | 103.00 | 28,355.00 |
| 085 | 0129 | JA4JT4AX5AZ 005796 | N | 2010 | OUTLANDER | 10/20/10 | 316.00 | 27,087.44 |
| 085 | 0129 | JA4JT5AXXAZ 005187 | N | 2010 | OUTLANDER | 10/20/10 | 316.00 | 28,339.50 |
| 085 | 0129 | JAA4T2AW0AZ 006401 | N | 2010 | OUTLANDER | 10/20/10 | 293.00 | 22,788.74 |
| 085 | 0129 | 4A3AB46S9SE 006484 | N | 2009 | GALANT | 10/20/10 | 386.00 | 15,729.32 |
| 085 | 0129 | 4A3AB7GT39E 006591 | N | 2009 | GALANT | 10/20/10 | 386.00 | 17,547.79 |
| 085 | 0129 | 4A3AB7GT59E 006754 | N | 2009 | GALANT | 10/20/10 | 386.00 | 27,721.23 |
| 085 | 0129 | WAUBFAFL9BN 006755 | N | 2011 | A4 | 10/20/10 | 71.00 | 34,938.00 |
| 085 | 0129 | WAUBFAFL8BN 007689 | N | 2011 | A4 | 08/31/10 | 105.00 | 33,887.48 |
| 085 | 0129 | WAUKJBFM0BA 007875 | N | 2011 | A3 | 10/20/10 | 62.00 | 46,689.65 |
| 085 | 0129 | WAUBGAFB6BN 008111 | N | 2011 | A6 | 10/20/10 | 85.00 | 35,725.00 |
| 085 | 0129 | WAUDK78T49A 008190 | U | 2009 | A5 | 09/09/10 | 376.00 | 16,818.22 |
| 085 | 0129 | JA32U1FUXAU 008760 | N | 2010 | LANCER | 10/20/10 | 376.00 | 28,756.76 |
| 085 | 0129 | JA32V6FV6AU 008863 | N | 2010 | LANCER | 10/20/10 | 85.00 | 39,025.00 |
| 085 | 0129 | WA1EV74L88D 008926 | C | 2008 | Q7 | 08/17/10 | 376.00 | 31,742.97 |
| 085 | 0129 | JA32V6FV6AU 008931 | N | 2010 | ECLIPSE | 10/20/10 | 362.00 | 32,637.97 |
| 085 | 0129 | 4A37L3ETXAE 009146 | N | 2010 | ECLIPSE | 10/20/10 | 362.00 | 26,623.76 |
| 085 | 0129 | 4A37L3ET3AE 009649 | N | 2010 | LANCER | 10/20/10 | 376.00 | 27,004.84 |
| 085 | 0129 | JA32V6FV4AU 009781 | N | 2010 | LANCER | 10/20/10 | 376.00 | 23,363.41 |
| 085 | 0129 | JA32Y6HV2AU 009815 | N | 2010 | GALANT | 10/20/10 | 362.00 | 30,428.19 |
| 085 | 0129 | 4A32B3FF7AE 009884 | N | 2010 | ENDEAVOR | 10/20/10 | 362.00 | 30,428.19 |
| 085 | 0129 | 4A4JN3AS5AE 010258 | N | 2010 | ENDEAVOR | 10/20/10 | 362.00 | 30,428.19 |
| 085 | 0129 | 4A4JN3A5A2AE 010540 | N | 2010 | ENDEAVOR | 10/20/10 | 362.00 | 27,004.84 |
| 085 | 0129 | 4A4JN3A5A4E 010977 | N | 2010 | A4 | 10/20/10 | 362.00 | 23,363.41 |
| 085 | 0129 | WAUWFAFL0BA 011138 | N | 2011 | A4 | 10/20/10 | 41.00 | 40,644.63 |
| 085 | 0129 | JA32U6FV8AU | N | 2010 | LANCER | 10/20/10 | 377.00 | 29,190.76 |
| 085 | 0129 | JA32X8HWXAU | N | 2010 | LANCER | 10/20/10 | 377.00 | 19,002.16 |

**Exhibit A**

| | | VIN | Stock | Status | Year | Model | Date | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 085 | 0129 | WAURFAFR0BA | 011334 | N | 2011 | A5 | 10/20/10 | 70.00 | 41,871.18 |
| 085 | 0129 | JA32YGHV1AU | 011392 | N | 2010 | LANCER | 10/20/10 | 351.00 | 29,571.84 |
| 085 | 0129 | JA32YGHV8AU | 011471 | N | 2010 | LANCER | 10/20/10 | 351.00 | 27,004.84 |
| 085 | 0129 | JA32U2FU2AU | 011576 | N | 2010 | LANCER | 10/20/10 | 351.00 | 16,906.22 |
| 085 | 0129 | WA1WK9FP3BA | 012428 | N | 2011 | Q5 | 10/21/10 | 20.00 | 50,065.00 |
| 085 | 0129 | JA4AT2AW6AZ | 012498 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 22,788.74 |
| 085 | 0129 | JA4AT2AW1AZ | 012899 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 22,788.74 |
| 085 | 0129 | JA4AT4AX6AZ | 012918 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 25,643.44 |
| 085 | 0129 | JA4JT4AX1AZ | 012955 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 25,643.44 |
| 085 | 0129 | JA4AT2AW2AZ | 012958 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 22,788.74 |
| 085 | 0129 | JA4AT2AWXAZ | 012979 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 22,788.74 |
| 085 | 0129 | JA4AT2AW8AZ | 013032 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 22,788.74 |
| 085 | 0129 | JA4AT2AW6AZ | 013210 | N | 2010 | OUTLANDER | 10/20/10 | 201.00 | 22,788.74 |
| 085 | 0129 | 4A4JN3AS9AE | 013351 | N | 2010 | ENDEAVOR | 10/20/10 | 295.00 | 30,453.19 |
| 085 | 0129 | JA4JT5AX9AZ | 013356 | N | 2010 | OUTLANDER | 10/20/10 | 191.00 | 28,339.50 |
| 085 | 0129 | WAUWFAFL8BA | 013636 | N | 2011 | A4 | 10/20/10 | 75.00 | 41,883.25 |
| 085 | 0129 | 4A32B3FF5AE | 014428 | N | 2010 | GALANT | 10/20/10 | 287.00 | 23,388.41 |
| 085 | 0129 | 4A32B3FF1AE | 014541 | N | 2010 | GALANT | 10/20/10 | 287.00 | 21,124.37 |
| 085 | 0129 | JA32Y6HV1AU | 014602 | N | 2010 | LANCER | 10/20/10 | 351.00 | 27,004.84 |
| 085 | 0129 | 4A32B3FF9AE | 014934 | N | 2010 | GALANT | 10/20/10 | 278.00 | 21,124.37 |
| 085 | 0129 | WAUFFAFL1AN | 015950 | N | 2010 | A4 | 10/20/10 | 282.00 | 37,167.00 |
| 085 | 0129 | WA1AY74L39D | 016297 | U | 2009 | Q7 | 08/06/10 | 96.00 | 34,375.00 |
| 085 | 0129 | JA32U1FUXAU | 016591 | U | 2010 | LANCER | 08/05/10 | 334.00 | 16,843.22 |
| 085 | 0129 | WA1EV74L48D | 018116 | U | 2008 | Q7 | 08/05/10 | 97.00 | 42,275.00 |
| 085 | 0129 | WAUBFAFL0AN | 018563 | N | 2010 | A4 | 02/23/10 | 260.00 | 34,414.00 |
| 085 | 0129 | JA32W5FV4AU | 018579 | N | 2010 | LANCER | 10/20/10 | 316.00 | 39,596.82 |
| 085 | 0129 | WAUDF48H27K | 018920 | U | 2007 | A4 | 08/12/10 | 90.00 | 18,700.00 |
| 085 | 0129 | JA32U2FU7AU | 019141 | N | 2010 | LANCER | 10/20/10 | 289.00 | 15,931.22 |
| 085 | 0129 | JA32U1FU6AU | 019366 | N | 2010 | LANCER | 10/20/10 | 289.00 | 16,843.22 |
| 085 | 0129 | JA32Y6HV9AU | 019387 | N | 2010 | LANCER | 10/20/10 | 293.00 | 29,463.84 |
| 085 | 0129 | JA32W8FV5AU | 019483 | N | 2010 | LANCER | 10/20/10 | 307.00 | 34,328.32 |
| 085 | 0129 | JA32U2FU9AU | 019651 | N | 2010 | LANCER | 10/20/10 | 261.00 | 17,789.16 |
| 085 | 0129 | JA32X6HW2AU | 019735 | N | 2010 | LANCER | 10/20/10 | 285.00 | 19,027.16 |
| 085 | 0129 | WAULFAFRXBA | 019981 | N | 2011 | A5 | 10/20/10 | 35.00 | 41,365.48 |
| 085 | 0129 | JA32X6HWXAU | 020132 | N | 2010 | LANCER | 10/20/10 | 285.00 | 19,027.16 |
| 085 | 0129 | WAUDK78T08A | 021016 | U | 2008 | A4 | 07/22/10 | 37.00 | 37,725.00 |
| 085 | 0129 | WA1WKAFP2BA | 021201 | C | 2011 | Q5 | 10/27/10 | 15.00 | 48,944.00 |
| 085 | 0129 | WA1BFAFL3AN | 022557 | N | 2010 | A4 | 02/23/10 | 260.00 | 33,692.00 |
| 085 | 0129 | WAUDK78T99A | 023204 | U | 2009 | A5 | 07/22/10 | 111.00 | 39,825.00 |
| 085 | 0129 | WAUFFAFL6AN | 024787 | N | 2010 | A4 | 10/20/10 | 282.00 | 36,591.00 |
| 085 | 0129 | WAUVVAFR6BA | 025562 | N | 2011 | S5 | 10/20/10 | 15.00 | 58,579.53 |

**Exhibit A**

| Dealer | Code | VIN | Stock | Status | Year | Model | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 085 | 0129 | WA1AYA7L7D | 026126 | U | 2007 | Q7 | 10/20/10 | 23,550.00 |
| 085 | 0129 | WAUWFAFL0BA | 026981 | | 2011 | A4 | 10/20/10 | 38,588.63 |
| 085 | 0129 | WAURFAFR1BA | 027395 | | 2011 | A4 | 11/02/10 | 41,871.18 |
| 085 | 0129 | WAUWFAFL1BA | 027508 | U | 2011 | A5 | 10/20/10 | 8.00 |
| 085 | 0129 | WAU3VAFRBBA | 029069 | N | 2011 | S5 | 11/10/10 | 38,588.63 |
| 085 | 0129 | WAUFFAFL9AN | 030177 | N | 2010 | A4 | 10/20/10 | 59,853.38 |
| 085 | 0129 | WA1BY74L58D | 030978 | | 2008 | Q7 | 03/31/10 | 0.00 |
| 085 | 0129 | WAUDF4BH7K | 034684 | | 2008 | Q7 | 08/31/10 | 35,140.00 |
| 085 | 0129 | WAUDF4BH7K | 040490 | N | 2008 | A4 | 08/13/10 | 31,125.00 |
| 085 | 0129 | 4A3AL25FX8E | 040649 | | 2007 | A4 | 10/20/10 | 20,355.00 |
| 085 | 0129 | 4A3AL25FX8E | 041297 | U | 2008 | ECLIPSE | 10/20/10 | 13,550.00 |
| 085 | 0129 | WAUGN94F37N | 046652 | | 2007 | ECLIPSE | 10/20/10 | 13,600.00 |
| 085 | 0129 | WAUKG4FL4BA | 052237 | U | 2009 | S6 | 08/17/10 | 40,875.00 |
| 085 | 0129 | WA1KK78K29N | 061308 | | 2007 | S4 | 11/02/10 | 53,997.03 |
| 085 | 0129 | WAUDH74F97N | 071518 | | 2008 | A5 | 09/21/10 | 37,225.00 |
| 085 | 0129 | WAUKF7BE88A | 083404 | | 2009 | A6 | 08/09/10 | 24,955.00 |
| 085 | 0129 | YV1MC672I9J | 085468 | | 2009 | C70 | 06/21/10 | 23,700.00 |
| 085 | 0129 | WA1BY74L37D | 093188 | | 2007 | A4 | 10/20/10 | 24,050.00 |
| 085 | 0129 | WDBWK54P06F | 102677 | | 2006 | SLK280 | 08/17/10 | 28,225.00 |
| 085 | 0129 | WA1BY74L77D | 108712 | | 2010 | Q7 | 10/20/10 | 16,500.00 |
| 085 | 0129 | 3GCRKSEA5AG | 111196 | | 2010 | SILVERADO | 10/20/10 | 26,225.00 |
| 085 | 0129 | SALFR24N4BH | 112409 | | 2008 | LR2 | 10/20/10 | 24,850.00 |
| 085 | 0129 | 1GCEC19058E | 124288 | | 2008 | SILVERADO | 04/28/10 | 20,750.00 |
| 085 | 0129 | 1GZZA5EB1A4 | 133696 | | 2010 | G6 | 10/20/10 | 10,812.00 |
| 085 | 0129 | 1ZVBP8EN1A5 | 135413 | | 2010 | MUSTANG | 10/20/10 | 11,950.00 |
| 085 | 0129 | WAUHF78P67A | 136132 | | 2007 | A3 | 03/16/10 | 18,750.00 |
| 085 | 0129 | SALSF25AX8A | 151872 | | 2008 | RANGE ROVER | 08/12/10 | 13,435.00 |
| 085 | 0129 | WAUDF78E28A | 155787 | | 2008 | A4 | 08/07/10 | 39,925.00 |
| 085 | 0129 | SALSF25488A | 168214 | | 2008 | RANGE ROVER | 08/12/10 | 23,005.00 |
| 085 | 0129 | 1GCHK23578F | 178366 | | 2008 | RANGE ROVER | 08/23/10 | 39,925.00 |
| 085 | 0129 | 1Z7HC22K67S | 197855 | | 2007 | SILVERADO | 08/05/10 | 41,275.00 |
| 085 | 0129 | WAUDH74F58N | 216537 | | 2008 | RAIDER | 10/20/10 | 7,837.50 |
| 085 | 0129 | 3GCRKSE35AG | 240878 | | 2010 | SILVERADO | 10/20/10 | 29,225.00 |
| 085 | 0129 | 1GNUKBE0ZAR | 259900 | | 2009 | TAHOE K1500 | 10/20/10 | 25,850.00 |
| 085 | 0129 | 1GZZG57B0094 | 285825 | | 2010 | SILVERADO | 10/20/10 | 33,350.00 |
| 085 | 0129 | KNAFG528497 | 324447 | | 2008 | G6 | 10/20/10 | 23.00 |
| 085 | 0129 | 1B3LC56K58N | 405140 | | 2005 | RONDO | 11/01/10 | 146.00 |
| 085 | 0129 | SALMF13488A | 435640 | | 2005 | AVENGER | 10/20/10 | 153.00 |
| 085 | 0129 | WBAEKY34558 | 578232 | | 2008 | RANGE ROVER | 10/20/10 | 134.00 |
| 085 | 0129 | 4T1BE32K45U | | | 2009 | K73 | 11/01/10 | 386.00 |
| 085 | 0129 | WBAPH5356A9A | | | 2005 | CAMRY | 10/20/10 | 9,850.00 |
| 085 | 0129 | 2V8HW34189R | | | 2009 | 328I | 10/20/10 | 9,350.00 |
| 085 | 0129 | | | | 2009 | ROUTAN | 10/20/10 | 16,525.00 |

**Exhibit A**

| | | VIN | | | Year | Model | Date | | Value |
|---|---|---|---|---|---|---|---|---|---|
| 085 | 0129 | 1J4GA39179L...769970 | U | 2009 | WRANGLERUNLI | 10/20/10 | 110.00 | 21,550.00 |
| 085 | 0129 | WUARL48H85K...901048 | U | 2005 | S4 | 08/02/10 | 100.00 | 22,225.00 |
| 085 | 0129 | WA1VM8FE1BD...00005( ) | U | 2011 | Q7 | | | 63,621.50 |
| 085 | 0129 | WA1VMAFEXBD...00024 | N | 2001 | Q7 | | | 60,107.00 |
| 085 | 0129 | WAUUL98EX6A...061231 | U | 2008 | S4 | | | 36,725.00 |
| 085 | 0129 | 1GCJTCDEA4B...001155 | U | 2010 | COLORADO | | | 20,850.00 |
| 085 | 0129 | 1FTFW1EV2AF...02304 | U | 2010 | LGT CONV/TNL | 10/20/10 | 23.00 | 24,850.00 |
| 085 | 0129 | 1FTSW2BR9AE...009( ) | U | 2010 | SRW SUPER DU | 10/20/10 | 22.00 | 34,050.00 |
| 085 | 0129 | WAU3VAFR8BA029069 | N | | | | | | 59,853.38 |
| 085 | 0129 | WA1LGAFE8BD003286 | N | | | | | | 51,982.25 |

130 units 4,064,646.55

**Exhibit A**

**EXHIBIT B**

All tangible and intangible personal property of Allison Automotive Group, Inc., including but not limited to all inventory, parts, accessories, furniture, fixtures, equipment, machinery, trailers, tractors, implements, accounts receivables, documents, instruments, contracts rights, cash and cash equivalents, and all other personal property located at 9190 S. Virginia Street, Reno, NV 89511, and all other deposit accounts of Allison Automotive Group, Inc.

The foregoing includes, but is not limited to:

all keys, manufacturers certificates of title, documents of title, bills of sale, invoices, and other records or instruments of ownership by Allison Automotive pertaining to the vehicles listed on Exhibit A; and

all documents, books, records, papers, accounts, chattel paper, electronic chattel paper, instruments, promissory notes, general intangibles, payment intangibles, supporting obligations, contract rights, software, or any similar types of tangible or intangible property relating to or comprising the vehicle and non-vehicle collateral.

Exhibit B