# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLY FINANCIAL, INC., | 3:10-CV-0730-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 29, 2011 |
| ALLISON AUTOMOTIVE GROUP, INC., et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 28, 2011, this court received notice that Allison Automotive Group, Inc. filed a voluntary petition under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada. Pursuant to 11 U.S.C. § 362 this lawsuit is **STAYED** as to Allison Automotive Group, Inc. only. A default has been entered against the two remaining individual defendants (#51).

A hearing is set for Tuesday, August 2, 2011 at 10:30 a.m. concerning First Independent Bank's motion to intervene (#55). This motion drew opposition from the plaintiff and the motion has now been fully briefed. Therefore, the hearing shall proceed with the remaining interested parties.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
    Deputy Clerk