## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALLY FINANCIAL, INC., | ) | 3:10-CV-0730-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 29, 2011 |
| | ) | |
| ALLISON AUTOMOTIVE GROUP, | ) | **AMENDED** |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 28, 2011, this court received notice that Allison Automotive Group, Inc. filed a voluntary petition under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada.  Pursuant to 11 U.S.C. § 362 this lawsuit is **STAYED** as to Allison Automotive Group, Inc. only.  A default has been entered against the two remaining individual defendants (#51).

A hearing is set for Tuesday, August 2, 2011 at **10:00 a.m.** concerning First Independent Bank's motion to intervene (#55).  This motion drew opposition from the plaintiff and the motion has now been fully briefed.  Therefore, the hearing shall proceed with the remaining interested parties.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk